# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JORGE MOCTEZUMA, ET AL. § <br> § <br> v. § <br> § <br> DION ISLAS, D/B/A ADVANCED § <br> ELECTRIC, D/B/A M.I. SKYLER § <br> CONSTRUCTION AND CUSTOM HOMES § | Civil Action No. 4:18-CV-342 <br> (Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 26, 2019, the report of the Magistrate Judge (Dkt. #62) was entered containing proposed findings of fact and recommendations that Defendant Dion Islas's Motions to Dismiss (Dkts. #23; #36) each be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's First Motion to Dismiss (Dkt. #23) is **DENIED AS MOOT** and Defendant's Second Motion to Dismiss (Dkt. #36) is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 30th day of May, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE