# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JORGE MOCTEZUMA, ET AL. | § |
| | § Civil Action No. 4:18-CV-342 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| DION ISLAS D/B/A ADVANCED | § |
| ELECTRIC D/B/A M.I. SKYLER | § |
| CONSTRUCTION AND CUSTOM | § |
| HOMES | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 7, 2020, the report of the Magistrate Judge (Dkt. #86) was entered containing proposed findings of fact and recommendations that Plaintiffs Jorge Moctezuma and Jesus Garcia's Motion for Award of Attorneys' Fees (Dkt. #82) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs' Motion for Award of Attorneys' Fees (Dkt. #82) is **GRANTED**, and Plaintiffs shall have and recover their attorneys' fees in the amount of $5,869.50 from Defendant.

The Court previously granted in part and denied in part Plaintiffs' Motion to Enforce Settlement Agreement (Dkt. #69) and ordered Plaintiffs to proceed in filing any briefing on the remaining issue of Plaintiffs' entitlement to attorneys' fees (Dkt. #81). The Court's adoption of

the Magistrate Judge's report on Plaintiffs' Motion for Attorneys' Fees herein disposes of all remaining claims and issues in this case. A final judgment closing this civil action is therefore entered contemporaneously herewith.

**IT IS SO ORDERED**.

**SIGNED this 10th day of June, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE